**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 01-6304**

────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ROBERT E. SMITH,

                                        Defendant - Appellant.

────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CR-97-98, CA-99-842-7)

────────────

Submitted:  September 6, 2001        Decided:  September 13, 2001

────────────

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Robert E. Smith, Appellant Pro Se.  Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert E. Smith seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Smith, Nos. CR-97-98; CA-99-842-7 (W.D. Va. Dec. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2